WARREN F. ROLLINS, Doing Business under the Name of ROLLINS BROS., Appellant, *v.* JAMES W. ARMSTRONG, Individually and as Superintendent of Buildings of the City of Yonkers, Respondent.

(Argued June 7, 1929; decided July 11, 1929.)

*James Taylor Lewis* for appellant. The " front wall " is that upon the front of the building, whichever way it faces. (*Rice* v. *Van Vranken*, 225 App. Div. 179.)

*Harry J. Laragh*, Corporation Counsel (*Charles S. Witwer* of counsel), for respondent.

*Per Curiam.* The front wall of the building within the meaning of the zoning ordinance of the city of Yonkers is the one fronting on the street, and not the one designated by the builder as the front.

The record does not adequately present the question whether in computing the height of the front wall where the building does not immediately adjoin the street, the average level of the lot is to be taken as the base in accordance with the Building Code.

The order should be affirmed with costs.

CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ., concur.

Order affirmed.